Alice Forsyth, appellee, v. J. W. Kingsbury and J. L. Roach, trading as Kingsbury & Roach. James L. Roach, appellant. Gen. No. 30,965.

Action for money paid on stock sold in violation of Illinois Securities Law. Judgment for plaintiff.. Appeal from the Municipal Court of Chicago; the Hon. P. B. Lauher, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 5, 1926.

Robert E. Hogan, for appellant. Harry S. Greenstein, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Julius Blumenthal and Max Zimmerman, copartners, trading as Blumenthal & Company, appellees, v. Louis A. Grodsky, trading as Louis Style Shop, appellant. Gen. No. 30,983.

Action for goods sold and delivered. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed October 5, 1926. Rehearing denied October 18, 1926.

Morris K. Levinson, for appellant. Golden & Kagan, for appellees.

Mr. Justice Fitch delivered the opinion of the court.

---

Simon Gutner and Saul Gutner, copartners, trading as S. Gutner & Brothers, appellees, v. Louis Gittelsohn, trading as Silk Yarn Company, appellant. Gen. No. 31,025.

Action for goods sold and delivered. Order denying motion to vacate judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Howard W. Hayes, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 5, 1926.

Isador Becker, for appellant. Louis Grollman, for appellees.

Mr. Justice Fitch delivered the opinion of the court.

---

General Insurance Company, appellant, v. Liberty Fire Insurance Company, appellee. Gen. No. 30,724.

General Insurance Company, appellant, v. Omaha Liberty Fire Insurance Company, appellee. Gen. No. 30,725.

Action upon policy of fire insurance. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed October 5, 1926.

Ekern & Meyers and L. F. Binkley, for appellants. Kremer, Branand & Hamer and Hicks & Folonie, for appellees.

Per curiam.

---

The Foreman Trust & Savings Bank, guardian of Mary Sukel, appellee, v. Yellow Cab Company, appellant. Gen. No. 30,786.

Action for personal injury. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the second division of this court for the first